UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROBERT EPPSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR W. CHEN, et al.,<br><br>    Defendants. | No. C 14-0730 MEJ (pr)<br><br>**ORDER OF DISMISSAL** |

On February 18, 2014, Plaintiff, a California prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On the same day, Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") which was deficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official.  The Clerk notified Plaintiff that his IFP application was incomplete and that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application on or before March 28, 2014.

Plaintiff has not paid the filing fee or completed an IFP application, and the deadline for doing so has passed.  Accordingly, this case is DISMISSED without prejudice to Plaintiff filing the complaint in a new action in which he either pays the filing fee or submits a complete IFP application, including the required Certificate of Funds and Trust Account Statement.  The incomplete IFP application (dkt. no. 2) is DENIED and no fee is due.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:  April 7, 2014

Maria-Elena James
United States Magistrate Judge